FILED

FEB 28 PM 3:32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAUL ESCARCEGA         Plaintiff,

vs.

BEN CURRY              Defendant.

CASE NO. CV 08 -1203  SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 48 pre. Month     Net: _____

Employer: C.D.C. Soledad correctional Training Facility.

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ___ No XX
10                self employment
11     b.    Income from stocks, bonds,                 Yes ___ No XX
12                or royalties?
13     c.    Rent payments?                             Yes ___ No XX
14     d.    Pensions, annuities, or                    Yes ___ No XX
15                life insurance payments?
16     e.    Federal or State welfare payments,         Yes ___ No XX
17                Social Security or other govern-
18                ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ___ No XX
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?   Yes ____ No XX
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ____ No XX
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No XX (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No XX  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No XX
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____            $ _____            $ _____
27 _____            $ _____            $ _____
28 _____            $ _____            $ _____  9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 _____        *[signature]*
17      DATE              SIGNATURE OF APPLICANT

```
 1
 2                                           Case Number: _____
 3
 4
 5
 6
 7
 8
 9                          CERTIFICATE OF FUNDS
10                                   IN
11                           PRISONER'S ACCOUNT
12
13          I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _____ for the last six months
15  at
16                              [prisoner name]
17  _____ where (s)he is confined.
18          [name of institution]
19          I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $_____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $_____.
22
23  Dated:_____                    _____
24                                      [Authorized officer of the institution]
25
26
27
28
```