UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL ESCARCEGA,                                   No. C 08-1203 SI (PR)

      Petitioner,                                **JUDGMENT**

  v.

B. CURRY,

      Respondent.
                                    /

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: August 30, 2010

                                        SUSAN ILLSTON
                                       United States District Judge